IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE CARPENTER,

    Plaintiff,                        CIV. NO. S- 05-1225 DFL GGH PS

    vs.

TYCO PLASTIC CO.,

    Defendant.                    ORDER

/

        Defendant's motion to transfer venue presently is calendared for hearing on October 6, 2005. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record as presently submitted. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The October 6, 2005 hearing on the motion to change venue, filed September 2, 2005, is vacated; and

        2. The motion is submitted on the record.

DATED: 9/29/05

                                         /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         U. S. MAGISTRATE JUDGE

GGH:076:Carpenter1225.vac.wpd